UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-21922-BLOOM/Valle

**CATHERNINE CORTEZ,**

      Plaintiff,

v.

**WEISS-ROHLIG USA, LLC**,
a foreign corporation,

      Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On May 23, 2014, Plaintiff Catherine Cortez initiated the instant litigation pursuant to the Fair Labor Standards Act. *See* ECF No. [1]. Federal Rule of Civil Procedure 4(m) states that "[i]f a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Utilizing the applicable time computation contained within the Rule, Plaintiff had until September 20, 2014 to serve Defendant.[1] After September 20, 2014 came and passed, the Court issued an order direction the Plaintiff to "either serve Defendant on or before September 30, 2014, or show good cause as to why the deadline should be extended further." *See* ECF No. [11]. The Court stressed that

---

[1] Although there was some confusion as to whether the Court was willing to consolidate this case with a related case pending before this District, see ECF Nos. [8] and [9], Plaintiff has seemingly abandoned consolidation, withdrawing the Motion to Consolidate in the related case. *See Mariangela Romero v. Weiss Rohlig USA*, No. 1:13-cv-21284-JLK, ECF No. [28] (S.D. Fla. Aug. 11, 2014). Nonetheless, the consolidation for discovery purposes does not obviate Plaintiff's need to serve Defendant in this litigation.

"[f]ailure to comply with this Order will result in the dismissal of this action without prejudice without further notice." *Id.* Accordingly, it is **ORDERED AND ADJUDGED** that this matter is **DISMISSED**. The Clerk is directed to **CLOSE THIS CASE** and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 1st day of October, 2014.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record